# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF,
Appellant,
vs.
JAMES MARSH,
Respondent.

No. 80829

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a post-judgment district court order determining appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of appellant' notice of appeal and the other documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from a post-judgment vexatious litigant order. *Peck v. Crouser*, 129 Nev. 120, 295 P.3d 586 (2013). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.     _____, J.
Stiglich                          Silver

_____

[1]Respondent's motion to dismiss this appeal is denied as moot and the request for sanctions is denied.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-14496

cc: Hon. Trevor L. Atkin, District Judge
Marlene Rogoff
The Galliher Law Firm
Eighth District Court Clerk